IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GARY E. MANUEL, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GRACE MANUEL BOWMAN, | : | NO. 18-1136 |
| Defendant. | : | |

## ORDER

AND NOW, this 20th day of March, 2018, upon consideration of Mr. Manuel's motion to proceed *in forma pauperis* and his *pro se* Complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED without prejudice, pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum.

3. Mr. Manuel is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that he can state a plausible claim that cures the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document that identifies all of the defendants in the caption in addition to the body, and shall describe in detail the basis for Mr. Manuel's claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

4. The Clerk of Court shall furnish Mr. Manuel with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5. If Mr. Manuel fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.