# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY E. MANUEL,               :           CIVIL ACTION
      Plaintiff,              :

                             :

v.                        :

                             :

GRACE MANUEL BOWMAN,   :      NO. 18-1136
      Defendant.          :

**FILED**

**MAR 29 2018**

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 28th day of March, 2018, upon consideration of Mr. Manuel's *pro se* Amended Complaint (ECF No. 5), it is ORDERED that:

1.     The Amended Complaint is DISMISSED with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. Mr. Manuel may not file a second amended complaint in this matter.

2.     The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

JOEL H. SLOMSKY, J.